UNITED STATES of America, Plaintiff–Appellee

v.

Raymond Easias FISK, Defendant–Appellant.

No. 14–11377

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Erin Brennan, Northern District of Texas, Fort Worth, TX, Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Raymond Easias Fisk raises an argument that he concedes is foreclosed by *United States v. Alcantar*, 733 F.3d 143, 145–46 (5th Cir.2013). In *Alcantar*, we rejected the argument that *Nat'l Fed'n of Indep. Bus. v. Sebelius*, —— U.S. ——, 132 S.Ct. 2566, 183 L.Ed.2d 450 (2012), affected our prior jurisprudence rejecting chal-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

lenges to the constitutionality of 18 U.S.C. § 922(g)(1). 733 F.3d at 146. The Government's unopposed motion for summary affirmance is GRANTED, its alternate motion for an extension of time is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.